NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEONARDO RAMOS-HERNANDEZ,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**ANDREW TOMBLEY, ROSA LOPEZ, RYAN STARKEY, KENNETH ROYALS, AND ALFREDO ZABALA, JR.,**
*Defendants-Appellees.*

---

2012-1155

---

Appeal from the United States District Court for the District of Colorado in case no. 11-CV-1073, Magistrate Judge Boyd N. Boland.

## ORDER

Leonardo Ramos-Hernandez seeks review of the district court's denial of his "Motion of Recusal of All Judges in the District of Colorado for the Specific Matter of the Claim of Unconstitutionality of Local Rule 8.1" and his "Motion of Recusal of Senior Judge Lewis T Babcock."

The court notes that "[a]n order denying a motion to recuse is interlocutory and is, therefore, not immediately appealable." *Nichols v. Alley,* 71 F.3d 347, 350 (10th Cir. 1995).

Accordingly,

IT IS ORDERED THAT:

Absent objection received within 21 days of the date of filing of this order, this appeal shall be dismissed.

FOR THE COURT

_____JAN 2 6 2012_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Leonardo Ramos-Hernandez
    Jeanne E. Davidson, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 6 2012

JAN HORBALY
CLERK